UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JESUS OSBALDO MARTINEZ, | ) | No. CV 08-6495 SJO (FFM) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| IVAN D. CLAY, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

July 7, 2011

DATED: _____

_S. James Otero_
S. JAMES OTERO
United States District Judge